IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE |
| | : | NO. 1:04-CR-0232-BBM -2- |
| HOANG NGUYEN (2) | : | |
| TERRI NGUYEN (4) | : | |
| JENNY NGUYEN (5) | : | |
| NHUNG NGUYEN (6) | : | |

### **VERDICT - HOANG NGUYEN**

We, the jury, as to Count One, conspiracy to commit money laundering, find that the objects identified as to Defendant Hoang Nguyen were:

1. Promotional (money laundering)

    ✓ Proven          ____ Not Proven

2. Disguise and conceal money laundering

    ✓ Proven          ____ Not Proven

3. Avoiding a transaction report (money laundering)

    ✓ Proven          ____ Not Proven

4. Engaging in a $10,000 transaction (money laundering)

    ✓ Proven          ____ Not proven

AND THEREFORE FIND DEFENDANT HOANG NGUYEN

✓ GUILTY            ____ NOT GUILTY

SO SAY WE ALL.

This 26th day of May, 2006.

_____
FOREPERSON